UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MEDALIST HOMES, INC.

Plaintiff,

v.

ACCENT HOMES, INC.;
and
SHAWN BUZZELL d/b/a
FALCON HOME DESIGN
Defendants.

Civil Action No. 00-2087 JRT/SRN

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties to this action as follows;

1. This action shall be dismissed with prejudice as against defendants Accent Homes, Inc., and Shawn Buzzell d/b/a Falcon Homes pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs.

3. This Court shall retain jurisdiction over this matter to enforce the terms of this stipulation and to remedy any breach or violation of the Settlement Agreement among the parties dated as of 18 January 2001.

4. This stipulation may be filed without further notice with the Clerk of the Court.

APR 05 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: ______________, 2001.

Brent E. Routman, #0265135
Merchant & Gould, P.C.
Suite 3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 336-4619

Attorney for Plaintiff Medallist Homes, Inc.,

Alden Pearson, #0278543
Jensen & Sondrall, P.A.
8525 Edinbrook Crossing, Suite 201
Brooklyn Park, Minnesota 55443-1968
(763) 424-8811

Attorney for Defendants Accent Homes, Inc., and Shawn Buzzell d/b/a Falcon Homes

**SO ORDERED:**

UNITED STATES DISTRICT JUDGE

Dated: March 5th, 2001.